# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

                V.                **CASE NUMBER: 5:06-CV-89(NAM/GJD)**

**ONE 2003 CADILLAC ESCALADE**


**[ ]**      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that all claims with regard to the defendant property, including any claim or answer on behalf of Mario Paolini, are forever barred; that all right, title and interest are forfeited to the USA pursuant to 21 USC §881(a)(4); that the US Department of Justice and/or US Marshal Service shall dispose of the property in accordance with law; and that all costs of this action shall be borne by the USA, pursuant to the Order of the Hon. Norman A. Mordue dated May 16, 2006.


DATED:    May 16, 2006

                                                     Clerk of Court

LKB:lmp